

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00260-CR

| | | |
|---|---|---|
| GILBERT ANGEL ESCOBEDO, Appellant | § | On Appeal from |
| | § | Criminal District Court No. 1 |
| | § | of Tarrant County (1597841R) |
| v. | § | November 19, 2020 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the trial court's judgments are affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr